## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Mary Plunkett, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Global Credit & Collection Corporation, )<br>a Delaware corporation, )<br>    Defendant. ) | No. 10 C 2565<br><br>Judge Pallmeyer |

### STIPULATION OF DISMISSAL

The parties, having reached a settlement of Plaintiff's claims, hereby stipulate to the dismissal of this lawsuit with prejudice, each party to bear their own attorneys' fees and costs.

Dated: January 14, 2011

/s/ David J. Philipps                                    /s/ Brian J. Olszewski
One of Plaintiff's Attorneys                      One of Defendant's Attorneys

David J. Philipps (Ill. Bar No. 06196285)    Brian J. Olszewski (Ill. Bar No. 6283673)
Mary E. Philipps (Ill. Bar No. 06197113)     Blitt & Gaines, P.C.
Philipps & Philipps, Ltd.                               661 Glenn Avenue
9760 S. Roberts Road, Suite One           Wheeling, Illinois 60090
Palos Hills, Illinois 60465

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2011, a copy of the foregoing **Stipulation of Dismissal** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Brian J. Olszewski                       brian.olszewski@blittandgaines.com
Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, Illinois 60090


/s/ David J. Philipps_____

David J. Philipps    (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com