# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 2565 | **DATE** | 1/18/2011 |
| **CASE TITLE** | Mary Plunkett vs. Global Credit & Collection Corporation | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation, the above cause is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|